UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLINTON L. MOORMAN, JR.,**

          **Plaintiff,**

-vs-                                            **Case No. 6:07-cv-817-Orl-28DAB**

**ORANGE COUNTY,**

          **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) filed May 16, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied and this case dismissed without further notice if Plaintiff fails to file an amended complaint in compliance with the guidelines outlined in the Report and Recommendation.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 17, 2007 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED**.

3. Plaintiff shall have eleven (11) days from the date of this Order to file an amended complaint which meets the guidelines set forth in the Report and

Recommendation. The Court acknowledges that Plaintiff has filed two amended complaints, one before and one after the filing of the Report and Recommendation, however, neither of the amended complaints meet the criteria set forth in the Report and Recommendation. Failure to file an amended complaint which meets the criteria set forth in the Report and Recommendation within the eleven (11) days allowed herein, will result in this case being dismissed at the expiration of the eleven (11) days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____5____ day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party