**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLINTON L. MOORMAN, JR.,**

        **Plaintiff,**

-vs-                                            Case No. 6:07-cv-817-Orl-31DAB

**ORANGE COUNTY,**

        **Defendant.**

## ORDER

This matter comes before the Court *sua sponte*. On June 5, 2007, Judge Antoon entered an order denying the Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 2) and granting him 11 days in which to file an acceptable amended complaint. (Doc. 11). No amended complaint has been filed since the entry of that order. It is therefore

**ORDERED** that the case is **DISMISSED** and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 29, 2007.

                                                  GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party